IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PAUL WESTBROOKS | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv543 |
| ZENA STEPHENS | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S<br>REPORT AND RECOMMENDATION

Paul Westbrooks, proceeding *pro se*, filed the above-styled lawsuit. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge. A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 5] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 16th day of February, 2023.**

Michael J. Truncale  
United States District Judge